# Court of Appeals
# of the State of Georgia

ATLANTA, September 27, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1323. IN THE INTEREST OF J. H. B. AND L. E. H., CHILDREN**

We granted the mother's application for discretionary review of the trial court's order terminating her parental rights. Following our review of the case, including the complete record on appeal, we conclude that the evidence supports the findings of the court below. Thus, the application for discretionary appeal was improvidently granted, and accordingly, the order granting the mother's application is vacated, and her appeal is hereby DISMISSED. See *Collier v. Dept. of Human Resources*, 196 Ga. App. 843, 844 (397 SE2d 632) (1990) (dismissing discretionary appeal as improvidently granted where full consideration of the record revealed no error in lower court's ruling).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/27/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*